# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

161117

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MIRZA HAJRIC,
      Defendant-Appellant.

SC: 161117
COA: 351892
Macomb CC: 2018-003115-FH

_____/

      By order of September 8, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the February 18, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Macomb Circuit Court to allow the defendant the opportunity to either withdraw or reaffirm his no contest plea. As the prosecution concedes, the trial court failed to give advice about "any mandatory minimum sentence required by law[.]" MCR 6.302(B)(2). "[A] failure to impart the information required by MCR 6.302(B)(2) continues to require reversal." *People v Brown*, 492 Mich 684, 697 (2012), citing *In re Guilty Plea Cases*, 395 Mich 96, 118 (1975).

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



t1216

Clerk